

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00170-CR

CLAYTON MARQUIS RICKS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Red River County, Texas
Trial Court No. CR01943

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Kelly Bryant recorded the trial court proceedings in cause number 06-13-00170-CR, styled *Clayton Marquis Ricks v. The State of Texas*, trial court cause number CR01943, in the 102nd Judicial District Court of Red River County, Texas. The reporter's record was originally due in this case on August 19, 2013. Bryant has requested, and been granted, two extensions of time to file this 150-page record. In our grant of the last extension, we noted that additional requests would not be looked on with favor. The record is currently due October 18, 2013. On October 23, Bryant filed a third motion asking this Court for an additional seven days to file the record. The seven days from the due date have expired, and no brief has been filed.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

We hereby order Kelly Bryant to file the reporter's record in cause number 06-13-00170-CR, to be received by this Court no later than Friday, November 8, 2013.

If the record is not received by November 8, we warn Bryant that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   October 29, 2013